**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

---

| | | |
|---|---|---|
| **IN RE:**  Jamisia Seymone Terrell | **CHAPTER** | 13 |
| | **CASE NO.** | 18-13553-JDW |

---

## MOTION TO REINSTATE CASE

**COMES NOW** the Debtor, by and through counsel, and files this Motion to Reinstate Case and would show as follows:

1. Debtor filed case no. 18-13553 on September 17, 2018.
2. The schedules, statements and credit counseling certificate due date was extended to October 4, 2018.  When filing the schedules and statements, Debtor's paralegal mistakenly thought she had filed the credit counseling certificate when the deficiency notice was issued and failed to file it at the time of filing the schedules.
3. Debtor respectfully requests an Order Reinstating Case be entered.

**WHEREFORE PREMISES CONSIDERED** Debtor prays for an Order Reinstating Case.

**RESPECTFULLY SUBMITTED** this the 20th day of November, 2018.

                    Jamisia Seymone Terrell

      **BY:**    */s/ Jim Arnold*
                  **JIM ARNOLD**

**JIM ARNOLD LAW OFFICE**
435 E. Beacon Street
Philadelphia, MS  39350
Email: jalaw.philly@gmail.com
Email: rosetta.jarnoldlaw@gmail.com
Telephone:  601-656-6914
Fax:  601-656-6958